Joseph Isaac, appellee, v. Abe Benkowsky, appellant.   Gen. No. 32,328.

Opinion filed May 8, 1928.
F. H. Kay, for appellant.   Morris Aronson, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

John Gervasi, by Vito Gervasi, appellee, v. Thomas Cusack Company, appellant.   Gen. No. 32,349.

Opinion filed May 8, 1928.   Rehearing denied May 21, 1928.
Hummer & Hummer, for appellant.   Gallagher, Shulman & Abrams, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

## SECOND DISTRICT.

Clara Handel, appellee, v. Christ Handel, administrator of the estate of Dorothea Handel, deceased, appellant.   Gen. No. 7,740.

Opinion filed March 23, 1928.   Rehearing denied May 1, 1928.
Turnbaugh & Eaton, for appellant.   Hall & Dusher, for appellee.
Mr. Justice Jones delivered the opinion of the court.

Alexander H. Steenrod, receiver for L. M. Gross Company, appellant, v. L. M. Gross Company for use of Second National Bank of Freeport, Illinois, appellee.   Gen. No. 7,751.

Opinion filed March 23, 1928.   Rehearing denied May 1, 1928.
R. R. Tiffany, for appellant.   C. W. Middlekauff, for appellee.
Mr. Justice Jones delivered the opinion of the court.

Wallace Shallcross, by Benjamin Shallcross, appellee, v. Paul Bianchi, appellant.   Gen. No. 7,758.

Opinion filed March 23, 1928.
Hall & Dusher, for appellant.   Garrett, Maynard & Fell, for appellee.
Mr. Justice Jones delivered the opinion of the court.